IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**RAMON GARCIA JR.**<br><br>Defendant. | CR NO: 2:23-mj-0103 AC |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum        ☐ Ad Testificandum

Name of Detainee: Ramon Garcia Jr.
Detained at: Stanton Correctional Facility

Detainee is:
a.) ☒ charged in this district by:   ☐ Indictment   ☐ Information   ☒ Complaint
    charging detainee with: 18 U.S.C. § 922(g)(1)
or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☒ return to the custody of detaining facility upon termination of proceedings
or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*As soon as practicable in the Eastern District of California.*

Signature: */s/ Adrian T. Kinsella*
Printed Name & Phone No: Assistant U.S. Attorney Adrian T. Kinsella – 916-554-2752
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum        ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, as soon as practicable, for arraignment on the Complaint and prosecution in the above-captioned case in the Eastern District of California.

Dated: July 17, 2023

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | 2022008893.4 | DOB: | 3/13/1992 |
| Facility Address: | 2450 Claybank Road, Fairfield, CA | Race: | White |
| Facility Phone: | 707-784-4830 | FBI#: | 82KW0ELN8 |
| Currently | In custody of the State of California | | |

## RETURN OF SERVICE

Executed on: _____    _____
                                  (signature)