HEATHER E. WILLIAMS, SBN 122664
Federal Defender
MEGHAN MCLOUGHLIN, SBN 5342100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorney for Defendant
RAMON GARCIA, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAMON GARCIA, JR.<br><br>Defendant. | Case No. 2:23-CR-00187-TLN<br><br>**STIPULATION TO CONTINUE SENTENCING DATE; ORDER**<br><br>DATE: July 11, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Defendant, RAMON GARCIA, JR., by and through his counsel of record, and Plaintiff, United States of America, hereby stipulate as follows:

1. By previous order, this case was set for sentencing on July 11, 2024.

2. By this stipulation, defendant now moves to continue the sentencing hearing until August 22, 2024, at 9:30 a.m. As this is a sentencing and a change of plea and admission have already been entered, no exclusion of time under the Speedy Trial Act is required.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendant has been seeking and investigating different mitigation documents related to defendant and vital at sentencing. In addition, defense counsel is working with state defense counsel to resolve issues in Mr. Garcia's pending state matter.

   b) This is Mr. Garcia's first request for a continuance of his sentencing hearing.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

IT IS SO STIPULATED.

              Respectfully submitted,

              HEATHER E. WILLIAMS
              Federal Defender

Dated: July 2, 2024       */s/ Meghan D. McLoughlin*
              MEGHAN D. McLOUGHLIN
              Assistant Federal Defender
              Attorney for Defendant
              RAMON GARCIA, JR.

Dated: July 2, 2024       */s/ Haddy Abouzeid*
              HADDY ABOUZEID
              Assistant United States Attorney

**ORDER**

IT IS SO ORDERED this 3rd day of July 2024.

              _____
              Troy L. Nunley
              United States District Judge